UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
\:
THURAYYAH Z. RICHARDSON,                        :
\:
                      Plaintiff,         :
                                        :       22-CV-6073 (VSB)
      -against-                             :
                                        :             **ORDER**
DOLLAR TREE, INC., et al.,                      :
\:
                      Defendants.    :
\:
--------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      Defendants removed this action from state court on July 15, 2022. (Doc. 1.) On July 22, 2022, Defendants requested an extension of time to August 19, 2022 to respond to the Complaint. (Doc. 7.) I granted the request. (Doc. 8.) On August 19, 2022, Plaintiff instead filed a notice of voluntary dismissal. (Doc. 11.) On August 22, 2022, Plaintiff received a notice that the filing was deficient and was instructed to re-file the document. To date, Plaintiff has not done so. Plaintiff, however, has taken no action to prosecute this case.

      Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than September 8, 2022. If Plaintiff intends to re-file the notice of voluntary dismissal, she is directed to do so in accordance with Docketing's instructions by no later than September 8, 2022. Otherwise, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: August 25, 2022
       New York, New York

_____
VERNON S. BRODERICK
United States District Judge